UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

SHEN YI, LLC, a New Mexico Limited Liability
Company, as Trustee of the 1970 Hidden Lake Dr I.V.
Trust Under Agreement Dated August 25, 2011,

                Plaintiff,

v.

CASE NO. 2:21-CV-00066-SPC-NPM

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee, in Trust for the Registered
Holders of Morgan Stanley ABS Capital I Inc. Trust
2006-HE8, Mortgage Pass-Through Certificates,
Series 2006-HE8,

                Defendant.

(formerly Hendry County
Circuit Court Case No.
2020-CA-000336)

_____/

## STIPULATION VACATING DEFAULT FINAL JUDGMENT AND DISMISSING CASE WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), Plaintiff, Shen Yi, LLC, a New Mexico Limited Liability Company, as Trustee of the 1970 Hidden Lake Dr I.V. Trust Under Agreement Dated August 25, 2011 ("**Plaintiff**") and Defendant Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006-HE8 ("**Defendant**"), hereby stipulate and agree as follows:

1)    To withdraw and vacate Plaintiff's Notice of Voluntary Dismissal, filed in this action on April 5, 2021;

QB\67769682.1

2)      To vacate the Final Judgment After Default, entered on October 15, 2020 ("**Default Final Judgment**") in the state court action brought in the Circuit Court of the Twentieth Judicial Circuit in and for Hendry County, Florida, Case No. 2020-CA-000336 ("**State Court Action**"), which was recorded in Book 985, Page 616 of the Official Records of Hendry Country Florida;

3)      To vacate the Amended Final Judgment After Default, entered on January 4, 2021 in the State Court Action ("**Amended Final Judgment**"), which was recorded in Book 989, Page 1698 of the Official Records of Hendry County, Florida;

4)      That any liens or other encumbrances created by the Default Final Judgment or Amended Final Judgment are discharged, invalid and of no force or effect;

5)      That any other or further relief or judgment that was granted to Plaintiff against Defendant is vacated, invalid and of no force or effect; and

6)      To dismiss this action with prejudice.

7)      The parties agree to the form and content of the Agreed Order Adopting Stipulation, Vacating Default Final Judgment and Dismissing Case attached hereto, and request entry of same by the Court.

By: */s/ Lior Segal, Esq.*
    Lior Segal, Esq.
    Florida Bar No. 37837
    Segal & Schuh Law Group, P.L.
    18167 U.S. Highway 19 North, Suite 100
    Clearwater, Florida 33764

By: */s/ Joseph T. Kohn*
    Joseph T. Kohn, Esq.
    Florida Bar No. 113869
    Quarles & Brady LLP
    1395 Panther Lane, Suite 300
    Naples, FL  34109

Tel: (727) 824-5775                                    Tel: (239) 659-4946
lee@Segalschuh.com                                     joseph.kohn@quarles.com
*Counsel for Plaintiff*                                *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed on April 6, 2021, using the CM/ECF e-filing system, and a true and correct copy was served on Plaintiffs' counsel, Lee Segal, Esq., Segal & Schuh Law Group, P.L., 18167 U.S. Hwy 19 N. Suite 100, Clearwater, FL 33764, lee@segalschuh.com.

*/s/ Joseph T. Kohn*
Joseph T. Kohn

QB\67769682.1