UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHEN YI, LLC,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No. 2:21-cv-66-NPM

DEUTSCHE BANK NATIONAL
TRUST COMPANY,

    Defendant.

## ORDER

Before the Court is the parties' Stipulation Vacating Default Final Judgment and Dismissing Case with Prejudice (Doc. 29) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This rule allows a plaintiff to dismiss an action voluntarily if a stipulation of dismissal is signed by all parties who have appeared. Having reviewed the Stipulation, the Court hereby **ORDERS**:

1. The Stipulation Vacating Default Final Judgment and Dismissing Case with Prejudice (Doc. 29) is fully approved and adopted by the Court, and the parties shall abide by its terms.

2. Plaintiff's Notice of Voluntary Dismissal (Doc. 28) filed in this action on April 5, 2021, is WITHDRAWN and VACATED.

3. The Final Judgment After Default, entered on October 15, 2020 ("Default Final Judgment") in the state court action brought in the Circuit Court of the Twentieth Judicial Circuit in and for Hendry County, Florida, Case No. 2020-CA-000336 ("State Court Action"), is VACATED, invalid and of no force or effect. The Default Final Judgment is known to be recorded in Book 985, Page 616 of the Official Records of Hendry Country Florida.

4. The Amended Final Judgment After Default, entered on January 4, 2021 in the State Court Action ("Amended Final Judgment") is VACATED, invalid and of no force or effect. The Amended Final Judgment is known to be recorded in Book 989, Page 1698 of the Official Records of Hendry County, Florida.

5. Any liens or other encumbrances created by the Default Final Judgment or Amended Final Judgment are discharged, invalid and of no force or effect.

6. To the extent that any other or further relief or judgment was granted to Plaintiff against Defendant, such relief or judgment is vacated, invalid and of no force or effect.

7. This action is dismissed with prejudice. The Clerk is DIRECTED to deny all pending motions as moot, cancel all scheduled events, enter judgment, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on April 7, 2021.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE